Joseph Avola, Appellant, v. Teresa Gentile and Others, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Jerry J. Vogel, Appellant, v. John Franklin Music Co., Inc., and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Anne Herzog, Respondent, v. Alfred W. Herzog, Appellant.— Orders reversed and motion denied, upon the ground that plaintiff does not show reasonable prospect of success. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Marian B. Clark and Another, Respondents, v. Charles Norris and Another, Appellants.— Order modified by allowing items " e," " f," " g " " h," " i," " j," " k " and " n," and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Mariana Wagner, Appellant, v. Bank of New York and Trust Company, as Administrator, etc., of Fritz Achelis, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Shirlaine Holding Corporation, Appellant, v. T. A. Gillespie Company, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the defendant, respondent, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of the Dissolution of The Bonnie-B Co., Inc. Beatrice S. Silverberg and Others, Appellants, and Isidore Silverberg, Intervenor, Respondent, and Receiver. In the Matter of the Dissolution of Condé, Ltd. Beatrice S. Silverberg and Others, Appellants, and Isidore Silverberg, Intervenor, Respondent, and Receiver.— The orders should be modified, without costs, so as to contain clauses simply to the extent permitted by article 9 of the General Corporation Law, and whereby it will be clear that the appointment of the receiver herein is solely as temporary receiver, pursuant to said article. It is not intended to interfere in any way with the operation of the order heretofore made on the 11th day of July, 1928, appointing a referee to take statutory proof. Settle orders on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Theresa M. Deutsch and Another, Appellants, v. New York Life Insurance Company, Respondent. (Action No. 1.) New York Life Insurance Company, Respondent, v. Theresa M. Deutsch and Another, Appellants. (Action No. 2.) — Order reversed, with ten dollars costs and disbursements, and motion granted so far as to direct that action No. 2 be consolidated with action No. 1, and that the consolidation action be tried as an action at law. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.